STATE OF NEBRASKA, APPELLEE, v. CURTIS DALE MORROW, APPELLANT.

234 N. W. 2d 211

Filed October 23, 1975. No. 40109.

Michael C. Washburn for Leahy, Washburn & Cavanaugh, for appellant.

Paul L. Douglas, Attorney General, and Terry R. Schaaf, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, CLINTON, and BRODKEY, JJ.

NEWTON, J.

Defendant, following a plea bargain, entered a plea of guilty to a charge of robbery. He received a sentence of 3 to 5 years imprisonment. He asserts on appeal that other charges pending against him should not have been considered by the trial court in fixing sentence and that the sentence is excessive. Examination of the record fails to disclose abuse of discretion. The appeal is frivolous and the judgment is affirmed.

See Rule 20; State v. Orner, 192 Neb. 523, 222 N. W. 2d 819; State v. Welton, 190 Neb. 600, 210 N. W. 2d 925.

AFFIRMED.